## Commonwealth *v.* Donaldson et al., Appellants.

Before TOOTHMAN, P. J. Submitted November 18, 1975. *James D. Murphy*, Public Defender, for appellants; *W. Bertram Waychoff*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Dulaney, Appellant.

Before MARSHALL, J., without a jury. Submitted September 8, 1975. *Elaine DeMasse* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *David Fabe Michelman*, *Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

JACOBS, HOFFMAN and SPAETH, JJ., dissent for the reasons stated in the dissenting opinion in *Commonwealth v. Carter*, 236 Pa. Superior Ct. 376, 382, 344 A.2d 899, 902 (1975).